# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02568-REB

TRACY L. BARROWS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Reversing Disability Decision and Remanding to Commissioner** [#23] entered by Judge Robert E. Blackburn on May 15, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**; and

2. That this case is **REMANDED** to the ALJ, who is directed to

    a.  Reevaulate whether plaintiff's degenerative disc disease meets the requirements of section 1.04A of the listings;

    b.  Re-contact any treating, examining, or reviewing sources for further clarification of their findings, seek the testimony of additional medical or vocational experts, order additional consultative or other examinations, or

    otherwise further develop the record as she deems necessary;

    c. Reevaluate his determinations at the remaining steps of the sequential evaluation; and

    d. Reassess the disability determination.

DATED at Denver, Colorado, this 17th day of May, 2013.

          FOR THE COURT:

          JEFFREY P. COLWELL, CLERK

          By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk