**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02568-REB

TRACY L. BARROWS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me on the **Motion For Stipulated Fees Under The Equal Access To Justice Act** [#26][1] filed August 29, 2013. After reviewing the motion and the record, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion For Stipulated Fees Under The Equal Access To Justice Act** [#26] filed August 29, 2013, is **GRANTED**;

    2. That defendant **SHALL PAY** plaintiff a total of $6,324.61 in EAJA fees and expenses; provided that this amount is payable to plaintiff, not directly to her counsel;

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That payment **SHALL BE MAILED** to plaintiff in care of her attorney at his office:

>William Viner, Esq.
>Sawaya, Rose, McClure & White, P.C.
>1600 Odgen Street
>Denver, Colorado 80128;

4.  That defendant's payment of this amount **BARS** any and all claims plaintiff may have relating to EAJA fees and expenses in connection with this action;

5.  That defendant's payment of this amount **IS WITHOUT PREJUDICE** to plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA; and

6.  That this order **SHALL NOT BE CITED** as precedent in any other case.

Dated September 3, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge